AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Mississippi |

KENNETH P. RAINEY

**SUMMONS IN A CIVIL CASE**

V.

CITY OF RIPLEY, MISSISSIPPI,
ET AL

CASE NUMBER: 3:07-CV-154-B-A

TO: (Name and address of Defendant)

CITY OF RIPLEY, MISSISSIPPI
CITY ATTORNEY
500 S. MAIN STREET
RIPLEY, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEAL H. LABOVITZ, ESQ.
1633 MAIN STREET
SOUTHAVEN, MS 38671

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews

CLERK

(By) DEPUTY CLERK

DATE  9/9/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____Mississippi_____

KENNETH P. RAINEY

V.

CITY OF RIPLEY, MISSISSIPPI,
ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-CV-154-B-A

TO: (Name and address of Defendant)

COUNTY OF TIPPAH, MISSISSIPPI
COUNTY ATTORNEY
105 E. SPRING STREET
RIPLEY, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEAL H. LABOVITZ, ESQ.
1633 MAIN STREET
SOUTHAVEN, MS 38671

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews

CLERK

(By) DEPUTY CLERK

DATE  9/9/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Mississippi |

KENNETH P. RAINEY

**SUMMONS IN A CIVIL CASE**

V.

CITY OF RIPLEY, MISSISSIPPI,
ET AL

CASE NUMBER: 3:07-CV-154-B-A

TO: (Name and address of Defendant)

TIPPAH COUNTY SHERIFF DEPARTMENT
205 W. SPRING STREET
RIPLEY, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEAL H. LABOVITZ, ESQ.
1633 MAIN STREET
SOUTHAVEN, MS 38671

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews
CLERK

(By) DEPUTY CLERK

DATE 9/9/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Mississippi |

KENNETH P. RAINEY

**SUMMONS IN A CIVIL CASE**

V.

CITY OF RIPLEY, MISSISSIPPI,
ET AL

CASE NUMBER: 3:07-CV-154-B-A

TO: (Name and address of Defendant)

CITY OF RIPLEY POLICE DEPARTMENT
604 S. MAIN STREET
RIPLEY, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEAL H. LABOVITZ, ESQ.
1633 MAIN STREET
SOUTHAVEN, MS 38671

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews
CLERK

DATE 9/9/08

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Mississippi |

KENNETH P. RAINEY

**SUMMONS IN A CIVIL CASE**

V.

CITY OF RIPLEY, MISSISSIPPI,
ET AL

CASE NUMBER: 3:07-CV-154-B-A

TO: (Name and address of Defendant)

KEN WALKER
CITY OF RIPLEY, MISSISSIPPI POLICE DEPARTMENT
604 S. MAIN STREET
RIPLEY, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEAL H. LABOVITZ, ESQ.
1633 MAIN STREET
SOUTHAVEN, MS 38671

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews

CLERK

(By) DEPUTY CLERK

DATE  9/9/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

      Northern      District of      Mississippi

KENNETH P. RAINEY

**SUMMONS IN A CIVIL CASE**

V.

CITY OF RIPLEY, MISSISSIPPI,
ET AL

CASE NUMBER: 3:07-CV-154-B-A

TO: (Name and address of Defendant)

BERT WILKINS
TIPPAH COUNTY SHERIFF'S DEPARTMENT
205 W. SPRING STREET
RIPLEY, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEAL H. LABOVITZ, ESQ.
1633 MAIN STREET
SOUTHAVEN, MS 38671

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews

CLERK

(By) DEPUTY CLERK

DATE 9/9/08

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____Mississippi_____

KENNETH P. RAINEY

**SUMMONS IN A CIVIL CASE**

V.

CITY OF RIPLEY, MISSISSIPPI,
ET AL

CASE NUMBER: 3:07-CV-154-B-A

TO: (Name and address of Defendant)

SCOTT WHITE
ASSISTANT CHIEF OF POLICE
CITY OF RIPLEY POLICE DEPARTMENT
604 W. MAIN STREET
RIPLEY, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEAL H. LABOVITZ, ESQ.
1633 MAIN STREET
SOUTHAVEN, MS 38671

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews
CLERK

(By) DEPUTY CLERK

9/9/08
DATE