AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Mississippi

KENNETH P. RAINEY

V.

CITY OF RIPLEY, MISSISSIPPI,
ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:07-CV-154-B-A

TO: (Name and address of Defendant)

KEN WALKER
CITY OF RIPLEY, MISSISSIPPI POLICE DEPARTMENT
604 S. MAIN STREET
RIPLEY, MS 38663

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NEAL H. LABOVITZ, ESQ.
1633 MAIN STREET
SOUTHAVEN, MS 38671

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Crews
CLERK

(By) DEPUTY CLERK

DATE  9/9/08

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 09/11/2008 |
| NAME OF SERVER *(PRINT)* DENNISE JONES | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): VIA CERTIFIED MAIL #7005 1802 0002 0596 2483 DATED SEPTEMBER 11, 2008

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/11/08
    *Date*

*Signature of Server:* Dennise Jones

*Address of Server:* 1633 Main Street, Southaven, MS 38671

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.