IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KENNETH P. RAINEY                                                                                           PLAINTIFF

V.                                                                              CIVIL ACTION NO. 3:07CV154-B-A

CITY OF RIPLEY, MISSISSIPPI, COUNTY
OF TIPPAH, MISSISSIPPI, TIPPAH COUNTY
SHERIFF'S DEPARTMENT, CITY OF RIPLEY
POLICE DEPARTMENT, KEN WALKER, BERT
WILKINS, AND SCOTT WHITE                                                                          DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the motion to dismiss of defendants Tippah County, Missississippi, Tippah County Sheriff's Department, and Tippah County Deputy Sheriff Bert Wilkins is **GRANTED**;

that the motion to dismiss of defendants City of Ripley, Mississippi, City of Ripley Police Department, Ken Walker, and Scott White is **GRANTED**; and

that this case is **DISMISSED without prejudice**.

This, the 12th day of April, 2009.

                                              */s/ Neal Biggers*
                                             **NEAL B. BIGGERS, JR.**
                                             **SENIOR U.S. DISTRICT JUDGE**